■ THE PEOPLE. OF THE STATE OF NEW YORK, Respondent, v ECSON CAIMITE, Appellant. [804 NYS2d 692]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 16, 2003 (*People v Caimite*, 306 AD2d 417 [2003]), affirming a judgment of the Supreme Court, Kings County, rendered April 5, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., H. Miller, Cozier and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GORDON CAMPBELL, Appellant. [804 NYS2d 693]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kron, J.), rendered April 2, 2004, convicting him of criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant validly waived his right to appeal and therefore, appellate review of the denial of those branches of his omnibus motion which were to suppress statements and physical evidence is foreclosed (*see People v Kemp*, 94 NY2d 831 [1999]; *People v Sloane*, 13 AD3d 400 [2004]; *People v Milgrom*, 281 AD2d 492 [2001]). Schmidt, J.P., Cozier, Rivera and Fisher, JJ., concur.